UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT JI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ZHENGRONG SHI, et al.,<br><br>   Defendants. | Case No.  12-cv-06409-JST<br><br>**ORDER RE: STIPULATION SELECTING MEDIATION**<br><br>Re: Dkt. No. 23 |

The Court has before it the parties' Stipulation and Proposed Order Selecting Mediation. ECF No. 23.  The stipulation contains the language "subject to insurer approval."

The stipulation is not compliant with the Court's ADR Scheduling Order, ECF No. 3, and is not capable of adoption as an order.  For example, the Court cannot set an enforceable deadline consisting of "subject to insurer approval."  The Court would also remind the parties that no insurer is a party to the case, and the Court cannot allow its deadlines to be conditioned on the approval of an unnamed non-party.

Rather than order the parties to submit a revised stipulation, however, the Court will discuss this matter further with the parties at the Case Management Conference scheduled for May 29, 2013, at 2:00 p.m.  Among the other topics the Court will discuss is a deadline by which the Plaintiffs must either serve all defendants, or dismiss those who have not been served, so that the case can be positioned for effective ADR.

**IT IS SO ORDERED**.

Dated:  May 14, 2013

                     _____
                     JON S. TIGAR
                     United States District Judge