UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENT JI,

        Plaintiff,

    v.

ZHENGRONG SHI, et al.,

        Defendants.

Case No. 12-cv-06409-JST

**ORDER STAYING ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the parties' Joint Case Management Statement filed November 13, 2013. ECF No. 50. At the parties' request, and in light of Notice of Filing of Involuntary Petition for Relief Under Chapter 7 of the Bankruptcy Code and Applicability of the Automatic Stay Under 11 U.S.C. § 362 filed by Suntech Power Holdings Co., Ltd., ECF No. 46, the Case Management Conference currently scheduled for November 20, 2013 is CONTINUED to November 19, 2014 at 2:00 p.m. in Courtroom Nine.

The plaintiff and any party not subject to a bankruptcy stay must file a Joint Case Management Statement at least ten court days prior to the next hearing, informing the court of the status of the bankruptcy proceedings and requesting a further continuance if appropriate.

If the plaintiff becomes aware that the bankruptcy stay has been vacated, modified to allow this matter to proceed, or terminated by dismissal of the bankruptcy action, plaintiff must immediately serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case Management Conference.

/ / /

/ / /

/ / /

1   All further actions in this matter are stayed until further notice.

2   **IT IS SO ORDERED.**

3   Dated: November 18, 2013

4   _____
    JON S. TIGAR
5   United States District Judge