UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECH POWER HOLDINGS CO., LTD,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIAN RALPH WORLEY, et al.,<br><br>        Defendants. | Case No. 12-cv-06409-VC<br><br>**JUDGMENT** |

    The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: June 27, 2017

_____
VINCE CHHABRIA
United States District Judge